Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>Apple Nevada, LLC DBA Applebee's Neighborhood Grill & Bar,<br><br>Defendant, | Civil Action No: 17-cv-01168<br><br>**CERTIFICATE OF INTERESTED PARTIES (LR 7.1-1)** |

## CERTIFICATE OF INTERESTED PARTIES

The undersigned, Whitney C. Wilcher, Esq., as attorney of record for Plaintiff Kevin Zimmerman, hereby certifies that, pursuant to LR 7.1-1, Litigation Management and Financial Services, LLC, may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable judges of the court to evaluate possible disqualifications or recusal. Plaintiff declares there are no other known interested parties in this case other than the previously stated named parties.

**RESPECTFULLY** submitted this 27th day of April, 2017.

/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq.
*Attorney for Plaintiff*