Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Zimmerman, an Individual<br><br>Plaintiff,<br><br>v.<br><br>Apple Nevada, LLC DBA Applebee's Neighborhood Grill & Bar,<br><br>Defendant. | Civil Action No: 17-cv-01168<br><br>**CORPORATE DISCLOSURE STATEMENT** |

   This Corporate Disclosure Statement is filed on behalf of Litigation Management and Financial Services, LLC in compliance with the provisions of:

   **[X]** Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   [ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

   [ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement

identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

**[X]** No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.) _____ Relationship_____

[ ] Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.) _____ Relationship_____

[ ] Other(please explain) _____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

**RESPECTFULLY** submitted this 27th day of April, 2017.

/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq.
THE WILCHER FIRM
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

2