Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
(702) 466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>Apple Nevada, LLC DBA Applebee's Neighborhood Grill & Bar,<br><br>                    Defendant. | Civil Action No: 17-cv-01168-GMN-GWF<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**WITH PREJUDICE** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff, Kevin Zimmerman, hereby voluntarily dismisses this action with prejudice, with each side to bear its own costs and fees.

**RESPECTFULLY** submitted this 27th day of June, 2017.

/s/ Whitney C. Wilcher
Whitney C. Wilcher, Esq.
THE WILCHER FIRM
Nevada State Bar No. 7212
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of NEF notifications to:

Mark C. Russell
*In-House Counsel*
**Flynn Restaurant Group**
225 Bush St, 18th Floor
San Francisco, CA 94104
mrussell@flynnrg.com
*Attorney for Defendant*